## William M. DAVIS

v.

## W. Edward WOOD et al.

### No. 80–272–M.P.

Supreme Court of Rhode Island.

Sept. 11, 1980.

Rice, Dolan, Kiernan & Kershaw, Leonard A. Kiernan, Jr., Providence, for plaintiff–respondent.

R. Daniel Prentiss, Chief Legal Counsel, Dept. of Environmental Management, Daniel J. Schatz, Spec. Asst. Atty. Gen., Providence, for defendants–petitioners.

## ORDER

The petition for writ of certiorari is granted. The stay entered herein on June 13, 1980 is continued until further order of the Court.

BEVILACQUA, C. J., and DORIS, J., did not participate.